IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| DOMINIC TURNER, #843131 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 5:08cv201 |
| JEFF CALFEE, ET AL. | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the complaint should be dismissed. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). The Plaintiff's claims about the disciplinary case are **DISMISSED** without prejudice to his right to refile the civil rights claims in the future if his disciplinary case is reversed or declared invalid. The Plaintiff's remaining claims are **DISMISSED** with prejudice. All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this 6th day of April, 2009.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE